**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Cara E. Greene (CG 0722)
3 Park Avenue 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**STUEVE SIEGEL HANSON LLP**
George A. Hanson KS Bar # 16805
(pro hac vice motion forthcoming)
Matthew L. Dameron KS Bar # 21071
(pro hac vice motion forthcoming)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY ALMONTE, individually and on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, d/b/a SPRINT NEXTEL INCORPORATED; NEXTEL OF NEW YORK, INCORPORATED; and SPRINT/UNITED MANAGEMENT COMPANY, d/b/a SPRINT NEXTEL CORPORATION and SPRINT NEXTEL INCORPORATED,<br><br>    Defendants. | **STIPULATION FOR AMENDED COMPLAINT**<br><br>07-CV-6065<br><br> |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that:

1. Plaintiff will file an Amended Complaint on or before August 31, 2007. The Amended Complaint will remove Defendants Sprint/United Management Company and Sprint Nextel Corporation, without prejudice.

2. Plaintiff does not waive the right to add Sprint/United Management Company, Sprint Nextel Corporation, or other appropriate parties as defendants if justified by further discovery and the Court grants Plaintiff leave to do so.

3. Defendant will answer the Amended Complaint within 30 days from the date of service of the Amended Complaint.

4. Orrick, Herrington & Sutcliffe LLP, counsel to Nextel of New York, agrees to accept service of the Summons and Amended Complaint on behalf of Nextel of New York.

By: _____
Cara E. Greene, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
*Attorneys for Plaintiffs and the putative class*

Dated: 08-29-2007

By: _____
Aimee B. Florin, Esq
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Tel. 212-506-5206
*Attorneys for Defendant* Nextel of New York

Dated: 8/29/07

SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.

Dated:   September 6, 2007

2