Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY ALMONTE, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

NEXTEL OF NEW YORK, INCORPORATED,

    Defendant.

07-CV-6065 (NRB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Aimee B. Florin, attorney for Defendant Nextel of New York, Incorporated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Hunter H. Hughes, III |
| Firm Name: | Rogers & Hardin LLP |
| Address: | 2700 International Tower, 229 Peachtree Street, N.E., |
| City/State/Zip: | Atlanta, GA 30303 |
| Phone Number: | (404) 522-4700 |
| Fax Number: | (404) 525-2224 |
| Email address: | hhughes@rh-law.com |

is admitted to practice *pro hac vice* as counsel for Defendant Nextel of New York, Incorporated, in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

OHS East:160274139.1

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September 12, 2007
New York, New York:

United States District/Magistrate Judge