Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY ALMONTE, individually and on behalf of others similarly situated,

    Plaintiff,

 -against-

NEXTEL OF NEW YORK, INCORPORATED,

    Defendant.

07-CV-6065 (NRB)

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Aimee B. Florin, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Hunter H. Hughes, III |
| Firm Name: | Rogers & Hardin LLP |
| Address: | 2700 International Tower, 229 Peachtree Street, N.E. |
| City/State/Zip: | Atlanta, GA 30303 |
| Phone Number: | (404) 522-4700 |
| Fax Number: | (404) 525-2224 |

Hunter R. Hughes, III is a member in good standing of the Bar of the State of Georgia (admitted 12/1/70), and is also admitted to practice in the following courts: Supreme Court of the United States (9/8/89), U.S. Court of Appeals for the Fifth Circuit (12/31/86), U.S Court of Appeals for the Sixth Circuit (3/3/93), U.S. Court of Appeals for the Eighth Circuit (1/5/96), U.S. Court of Appeals for the Ninth Circuit (2/8/82), U. S. Court of Appeals for the Eleventh Circuit (10/1/81),

OHS East:160274139.1

U. S. District Court for the Northern District of Georgia (1/11/71), and the U.S. District Court for the Middle District of Georgia (11/23/79. There are no pending disciplinary proceedings against Hunter R. Hughes, III in any State or Federal court.

Dated: September 5, 2007
       New York, New York

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael Delikat
Aimée B. Florin
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Attorneys for Defendant Nextel of New York, Incorporated

Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY ALMONTE, individually and on behalf of others similarly situated,

           Plaintiff,

-against-

NEXTEL OF NEW YORK, INCORPORATED,

           Defendant.

07-CV-6065 (NRB)

**AFFIDAVIT OF AIMEE B. FLORIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                              ) ss.
COUNTY OF NEW YORK  )

        Aimee B. Florin, being duly sworn, hereby deposes and says as follows:

        1.    I am a partner with Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Attorneys for Defendant Nextel of New York, Incorporated ("Defendant") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant' motion to admit Hunter R. Hughes, III as counsel *pro hac vice* to represent them in this matter.

        2.    I am a member in good standing of the Bar of the State of New York. I have never been, and am not currently, under suspension or disbarment by any court of any state. I am not currently and have never been the subject of any disciplinary proceedings before any court or bar association. I was admitted to practice before the State of New York in 1996 and

have been admitted and am in good standing in the following federal jurisdictions, with date of admission as noted: the United States Supreme Court (2005), the United States Court of Appeals for the Second Circuit (2004), the United States Court of Appeals for the Third Circuit (1999), the United States District Court for the Southern District of New York (1997), the United States District Court for the Eastern District of New York (1997) and the United States District Court for the Northern District of New York (1999).

3. Mr. Hughes regularly serves as counsel to the Defendant and is familiar with the proceedings in this case.

4. Mr. Hughes is a partner at Rogers & Hardin LLP in Atlanta, Georgia.

5. I have found Mr. Hughes to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Hunter R. Hughes, III, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Hunter R. Hughes, III, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Hunter R. Hughes, III, *pro hac vice*, to represent Defendant in the above captioned matter be granted.

_____
Aimee B. Florin
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Sworn to and subscribed
before me this 6th day of September, 2007

_____
Notary Public

OLGA E. FUCCI
Notary Public, State of New York
No. 01FU4885941
Qualified in Queens County
Commission Expires February 23, 20__

-2-

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Hunter R. Hughes III
Rogers & Hardin LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303


**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   12/01/1970

**Attorney Bar Number:**   375850

Today's Date:   July 31, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY ALMONTE, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

NEXTEL OF NEW YORK, INCORPORATED,

        Defendant.

07-CV-6065 (NRB)

**AFFIDAVIT OF SERVICE**

I, Deborah Chernoff, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and reside in New York, New York. On September 6, 2007, I served a true and correct copy of Motion to Admit Counsel Hunter H. Hughes, III *Pro Hac Vice* by placing a true copy thereof in a properly addressed envelope, with first-class postage pre-paid, and depositing said envelope in an official receptacle of the United States Postal Service within the State of New York, upon:

      Cara E. Greene, Esq.
      Outten & Golden LLP
      3 Park Avenue, 29th Floor
      New York, New York 10016

                                    *Deborah Chernoff*
                                    Deborah Chernoff

Sworn to before me this
6th day of September, 2007

_____
Notary Public

        THOMAS BACKIEL
        Notary Public, State of New York
        No. 01BA6083754
        Qualified in Queens County
        Commission Expires Nov. 25, 20 10

OHS East:160298601.1

Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY ALMONTE, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

NEXTEL OF NEW YORK, INCORPORATED,

    Defendant.

07-CV-6065 (NRB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Aimee B. Florin, attorney for Defendant Nextel of New York, Incorporated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Hunter H. Hughes, III |
| Firm Name: | Rogers & Hardin LLP |
| Address: | 2700 International Tower, 229 Peachtree Street, N.E., |
| City/State/Zip: | Atlanta, GA 30303 |
| Phone Number: | (404) 522-4700 |
| Fax Number: | (404) 525-2224 |
| Email address: | hhughes@rh-law.com |

is admitted to practice *pro hac vice* as counsel for Defendant Nextel of New York, Incorporated, in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

OHS East:160274139.1

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September 12, 2007

New York, New York:

United States District/Magistrate Judge