Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

Hunter R. Hughes
J. Timothy Mc Donald
Ashley R. Hurst
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

(Admitted *Pro Hac Vice*)

Attorneys for Defendant Nextel of New York, Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY ALMONTE, individually and on behalf of others similarly situated, | 07-CV-6065 (NRB) |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| NEXTEL OF NEW YORK, INCORPORATED, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusals, the undersigned certifies with respect to Defendant Nextel of New York, Incorporated ("Defendant"), that the

following corporate parents, subsidiaries and/or affiliates of Defendant are publicly held and/or the following public corporations own 10 percent or more of Defendant's stock:

    Sprint Nextel Corporation

Dated: New York, New York
        October 1, 2007

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        Attorneys for Defendant
        Nextel of New York, Incorporated

        By:    /s Aimee B. Florin
                  Michael Delikat
                  Aimee B. Florin
                  666 Fifth Avenue
                  New York, New York 10103
                  212-506-5000

                  Hunter R. Hughes
                  J. Timothy Mc Donald
                  Ashley R. Hurst
                  ROGERS & HARDIN LLP
                  2700 International Tower
                  Peachtree Center
                  229 Peachtree Street, N.E.
                  Atlanta, GA 30303
                  Telephone: (404) 522-4700
                  Facsimile: (404) 525-2224

                  (Admitted *Pro Hac Vice*)