Michael Delikat
Aimee B. Florin
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Hunter R. Hughes
J. Timothy Mc Donald
Ashley R. Hurst
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

(Admitted *Pro Hac Vice*)

Attorneys for Defendant Nextel of New York, Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY ALMONTE, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTEL OF NEW YORK, INCORPORATED,<br><br>Defendant. | 07-cv-6065-NRB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Aimee B. Florin, Esq., of Orrick, Herrington & Sutcliffe LLP, appears in this action as counsel of record on behalf of Defendant Nextel of New York, Incorporated.

PLEASE ALSO TAKE NOTICE that the undersigned attorney, Michael Delikat, Esq., of Orrick, Herrington & Sutcliffe LLP, also appears in this action as counsel of record on behalf of Defendant Nextel of New York, Incorporated.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon Nextel of New York, Incorporated should continue to be served upon:

> Aimee B. Florin, Esq.
> Orrick, Herrington & Sutcliffe LLP
> 666 Fifth Avenue
> New York, New York 10103

Dated: New York, New York
       January 4, 2008

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant
Nextel of New York, Incorporated

By:   /s Michael Delikat
      Michael Delikat
      666 Fifth Avenue
      New York, New York 10103
      Telephone  212-506-5000
      Facsimile:  212-506-5151

Hunter R. Hughes
J. Timothy Mc Donald
Ashley R. Hurst
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224

(Admitted *Pro Hac Vice*)