UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JOHNNY ALMONTE, individually and on
behalf of all others similarly situated,

           Plaintiff,

  - against -                O R D E R

                              07 Civ. 6065 (NRB)

NEXTEL OF NEW YORK, INCORPORATED,

           Defendants.
----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    On consent of the parties, the above-captioned action is hereby transferred to the District of Kansas pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interests of justice.

    **SO ORDERED.**

Dated:  New York, New York
       March 20, 2008

                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE